IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| ELLEN C. DIMOND, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No. 8:22-cv-00080-PX |
| BOARD OF EDUCATION OF MONTGOMERY COUNTY, | * | |
| Defendant. | * | |
| | *** | |

## ORDER

Plaintiff Ellen C. Dimond filed the Complaint in this action on January 11, 2022, against Defendant Board of Education Of Montgomery County.  Rule 4(m) of the Federal Rules of Civil Procedure instructs that a court "must dismiss the action without prejudice" if a "defendant is not served within 90 days after the complaint is filed . . . ."  Indeed, the Court advised Plaintiff of Rule 4(m)'s requirement in an Order dated July 5, 2022.  Specifically, the Court instructed Plaintiff to offer proof of service no later than September 3, 2022.  ECF No. 13.  Plaintiff has not done so, and more than 90 days have lapsed since this action was filed.

Accordingly, it is this 1st day of November 2022, hereby ORDERED that Plaintiff show good cause within 21 days (**November 22, 2022**) of the date of this order why the complaint should not be dismissed pursuant to Fed. R. Civ. P. 4(m) and Local Rule 103.8.a.  If Plaintiff fails to show good cause by the date ordered, the Complaint will be dismissed without prejudice.

  11/1/2022  
Date

              /s/              
Paula Xinis
United States District Judge